IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


PAUL EMMANUEL KNIGHT,

      Petitioner,

 v.                                 Case No.  5D22-1260
                                       LT Case No. 1980-CF-4194-A-O

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed July 1, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Paul Emmanuel Knight, Malone, pro
se.

No Appearance for Respondent.


PER CURIAM.

This Court earlier dismissed Petitioner's petition for writ of habeas

corpus stemming from Orange County Circuit Court Case Number 1980-CF-

4194-A-O.  Because it appears that Petitioner's filings are abusive, repetitive,

malicious, or frivolous, Petitioner is cautioned that any further similarly

inappropriate pro se filings in this Court asserting claims stemming from

Orange County Circuit Court Case Number 1980-CF-4194-A-O may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

LAMBERT, C.J., and EDWARDS, J., concur.
EISNAUGLE, J., dissents, without opinion.